IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
HILLSBOROUGH COUNTY FLORIDA
CIVIL DIVISION

HELEN M. RAMIREZ,
    Plaintiff,
vs.
                                                CASE NO.: _____
                                                DIV.: _____

GENERAL MOTORS COMPANY,
a foreign corporation.
    Defendant.
_____/

## VERIFIED COMPLAINT FOR DAMAGES

Plaintiff, HELEN M. RAMIREZ, ("HELEN"), sues the Defendant, GENERAL MOTORS COMPANY, ("GM"). a foreign corporation, for personal injury damages and alleges:

### THE PARTIES

1. The personal injury damages incurred by HELEN greatly exceed the minimal financial jurisdiction of this court.

2. At all times material herein, HELEN is a widow and resident of Hillsborough County, Florida, in good health, able to walk and care for herself, and living independently in her own home before the accident described below.

3. At all times material herein, Defendant, GM, is a foreign corporation with its principal office located at 300 Renaissance Center, Detroit, Michigan and manufactured the subject 2021 GM Cadillac CT5 with side window airbags.

### GENERAL ALLEGATIONS

4. At all times material herein, GM manufactured a 2021 Cadillac CT5, VIN:1G6DNSRKXL0122165. RAMIREZ leased this new 2021 Cadillac CT5 in June 2020, from her long-time GM authorized Cadillac dealership in Tampa, Florida.

5. At the time of manufacture and leasing the Cadillac CT5 to Helen, the CT5 was in an unreasonably defective condition in reference to the side window airbags.

6. On April 3, 2021, in her hometown of Tampa, Florida, Helen, was a seat-belted front seat passenger in her leased 2021 Cadillac CT5, with her friend driving Helen's Cadillac. As her Cadillac entered an intersection, a truck ran the redlight and impacted her Cadillac at the driver's door and driver's side rear door. The airbags on the front passenger side window then exploded violently knocking Helen into the center console. Helen was then unconscious. After witnesses arrived, Helen ended up on the floor in front of the front passenger seat. Then the Tampa police and EMS arrived, and she was transported to the emergency department at St. Joseph Hospital. After a long stay at the hospital, she was then transferred to Rehab facilities where she remained until being discharged home on June 27, 2021, bedridden and unable to take of herself..

7. Prior to this accident, Helen was a very active widow, teaching at a public school, and living alone since her husband passed away in 1990.

8. Due to the side airbag impact as stated above, Helen is permanently bedridden and incurs continuing expenses for wheelchair transportation for medical care, home healthcare aides, house cleaners, home physical therapists, increased personal expenses, etc.

9. As a result of the violent impact of the Cadillac side airbags, Helen has sustained medical expenses, and hospitalizations requiring several surgeries, continuing physician care, home health nursing care and assistance for the following injuries:

   i. Fractured left shoulder;
   ii. Fractured left femur requiring placement of rod;
   iii. Fractured pelvis;
   iv. Fractured hip;
   v. Fractured nose;
   vi. Facial fractures.

10. All of the above are permanent, including great pain, suffering, and emotional injuries.

11. Following the accident, GM or its insurer had the car shipped to Southeast Asia "for use of its parts" denying Helen the opportunity to have expert inspection, since at the time of the accident and months

thereafter, Helen had no notice from GM that there were any problems with her Cadillac's side airbags.

12. GM issued recalls of the subject CT5 in the summer of 2021, but the Cadillac was no longer in Helen's possession. In particular, GM sent Helen a recall letter addressed to her residence in Tampa on September 21, 2021, specifically stating the recall was for defective window side airbags, the same airbags which struck Helen. See attached **Exhibit A**, Recall Notice: "Your vehicle is involved in GM recall N212342780." This recall is specifically for the airbag defect resulting in injury to Helen:

> "The roof rail side airbags in these vehicles may not have been installed correctly during vehicle assembly. The roof rail side airbag may have been assembled with a twist between two of the RRAB attachment points. This condition can exist on either the left or right side of the vehicle. An incorrectly installed airbag may not deploy properly in a crash. If the roof side airbag does not deploy properly, there is an increased risk of injury in a crash."

13. At the time of the manufacture by GM and GM lease to Helen, and at the time of the subject accident, the side airbags were in a defective condition since manufacture by GM, since the airbags were unreasonably dangerous and likely to cause injury by violently shoving the front seat passenger to strike the center console with enough force to fracture leg, hip, shoulder, face bones and other injuries, rather than to prevent injury from striking the side passenger window.

## COUNT I - STRICT LIABILITY

14. Plaintiff realleges paragraphs 1 through 13 above.

15. At all times material herein, GM, individually and though its GM leasing company, is in the business of manufacturing, or selling, or leasing the product: 2021 Cadillac CT5.

16. The product was placed on the market with the knowledge that it will be used without inspection for defects.

17. At all times material herein, the product was defective and unreasonably dangerous.

18. The defect of the side airbags caused continuing permanent physical, emotional, and economic injuries to Helen.

19. As a direct legal cause, Helen suffered those damages enumerated above.

### COUNT II – NEGLIGENCE

20. Plaintiff realleges paragraphs 1 through 19 above.

21. At all times material herein, GM had a duty to its customers, such as Helen, not to manufacture a vehicle, a CT5, which was unreasonably dangerous and/or in a defective condition, which defect could result in injury.

22. At all times material herein, GM negligently breached its duty to its customer, Helen, by manufacturing a 2021 CT5 in an unreasonably unsafe and dangerous condition: defective side window airbags.

23. The defect of the side airbags caused continuing permanent physical, emotional, and economic injuries to Helen.

WHEREFORE, the Plaintiff, HELEN M. RAMIREZ, demands judgment for all of her past and future medical bills, including but not limited to home healthcare and home services and continuing permanent physical, emotional, and economic injuries.

### DECLARATION

Under penalties of perjury, the undersigned, **Helen M. Ramirez**, declares that I have read the above allegations of fact and all of them are true.

*[signature: Helen Ramirez]*

HELEN M. RAMIREZ, **DATED: 08/28/2024**

/s/ *Kennan G. Dandar, Esq.*
Dandar & Dandar, P.A.
P.O. Box 24597
Tampa, FL 33623
Phone (813) 289-3858, Ext 1
Fax: (813) 287-0895
KGD@Dandarlaw.net;
Attorney for Plaintiff

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
HILLSBOROUGH COUNTY FLORIDA
CIVIL DIVISION

HELEN M. RAMIREZ,
    Plaintiff,
vs.
GENERAL MOTORS COMPANY,
a foreign corporation.
    Defendant.
_____/

# EXHIBIT 1



# IMPORTANT SAFETY RECALL



N212342780 1G6DN5RKXL0122165 12 0019136
HELEN RAMIREZ
1206 W CORAL ST
TAMPA FL 33602-1017

September 2021

This notice applies to your vehicle, VIN: 1G6DN5RKXL0122165.

Dear Helen Ramirez:

This notice is sent to you in accordance with the National Traffic and Motor Vehicle Safety Act.

General Motors has decided that a defect which relates to motor vehicle safety exists in certain 2020 to 2022 model year Cadillac CT4 and CT5 vehicles. As a result, GM is conducting a safety recall. We apologize for this inconvenience. However, we are concerned about your safety and continued satisfaction with our products.

> **IMPORTANT**
> - Your vehicle is involved in GM recall N212342780.
> - Schedule an appointment with your Cadillac dealer.
> - This service will be performed for you at **no charge**.

| | |
|---|---|
| Why is your vehicle being recalled? | The roof rail side airbags in these vehicles may not have been installed correctly during vehicle assembly. The roof rail side airbag may have been assembled with a twist between two of the RRAB attachment points. This condition can exist on either the left or right side of the vehicle. An incorrectly installed airbag may not deploy properly in a crash. If the roof rail side airbag does not deploy properly, there is an increased risk of injury in a crash. |
| What will we do? | Your Cadillac dealer will inspect both left- and right-side roof rail airbags and correct the installation, if necessary. This service will be performed for you free of charge. Because of service scheduling requirements, it is likely that your dealer will need your vehicle longer than the actual inspection and service correction time of approximately one hour and 45 minutes. |
| What should you do? | You should contact your Cadillac dealer to arrange a service appointment as soon as possible. |



| | |
|---|---|
| **Do you have questions?** | If you have questions or concerns that your dealer is unable to resolve, please contact the Cadillac Customer Assistance Center at 1.800.333.4223 (TTY 1.800.833.2622). |

If after contacting your dealer and the Customer Assistance Center, you are still not satisfied we have done our best to remedy this condition without charge and within a reasonable time, you may wish to write the Administrator, National Highway Traffic Safety Administration, 1200 New Jersey Avenue, SE., Washington, DC 20590, or call the toll-free Vehicle Safety Hotline at 1.888.327.4236 (TTY 1.800.424.9153), or go to http://www.safercar.gov. The National Highway Traffic Safety Administration Campaign ID Number for this recall is 21V611.

Federal regulation requires that any vehicle lessor receiving this recall notice must forward a copy of this notice to the lessee within ten days.

*Regina A. Carto*

Regina A. Carto
Vice President
Global Product Safety and Systems

GM Recall N212342780

0019136/GMR2V210826002
Page 01 of 01